



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONORIO MORENO HERRERA,<br><br>    Petitioner,<br><br>    vs.<br><br>W.J. SULLIVAN,[1] Acting Warden,<br><br>    Respondent. | Case No. CV 10-1965-JAK (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and Report and Recommendation of the U.S. Magistrate Judge. On March 19, 2012, Petitioner filed Objections to the Report and Recommendation, in which he essentially repeats the arguments in the Petition and Traverse. Having reviewed de novo those portions of the record to which objections have been made, the Court accepts the findings and recommendations of the Magistrate Judge. The Magistrate Judge's conclusions and recommendations are fully supported by the U.S. Supreme Court's recent decision in Hardy v. Cross, 565 U.S. __,

---

[1] W.J. Sullivan, Acting Warden of California State Prison in Lancaster, California, where Petitioner is currently housed, is substituted in as the sole respondent pursuant to Federal Rule of Civil Procedure 25(d).

1

132 S. Ct. 490, 181 L. Ed. 2d 468 (2011) (per curiam) (under "highly deferential" AEDPA standard, state conducted "good faith" effort to locate witness by repeatedly contacting family members and checking with various state and local-government entities and agencies), which was decided after the Report and Recommendation was issued to the parties.

IT THEREFORE IS ORDERED that (1) the Petition is denied without leave to amend, (2) Petitioner's request for an evidentiary hearing is denied, and (3) Judgment be entered dismissing this action with prejudice.

DATED: April 5, 2012

_____
JOHN A. KRONSTADT
U.S. DISTRICT JUDGE