```
I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL Petitioner
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.
DATED: 4.6.12
DEPUTY CLERK
```

JS-6 / ENTERED

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR - 6 2012
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HONORIO MORENO HERRERA,                ) Case No. CV 10-1965-JAK (JPR)
                                       )
            Petitioner,                )
                                       )          J U D G M E N T
     vs.                               )
                                       )
W.J. SULLIVAN, Acting                  )
Warden,                                )
                                       )
            Respondent.                )
                                       )

   Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

   IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: April 5, 2012

JOHN A. KRONSTADT
U.S. DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR - 6 2012
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

3